**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff**

vs                                                                  Case No. 4:09cr73-RH/WCS

**DEVIN PASCHALL,
AUDREY KENNEDY,
GABRIELLE BUTLER,
COREY ANTHONY,
REGINALD VOLTAIRE,
JUNIOR DOGUER,
and
JAVON WIGGINS**

      **Defendants**
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE CAME ON before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On December 1, 2009, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendants, charging them with various violations of Title 18, United States Code.

2. The Indictment included forfeiture allegations, pursuant to 18 U.S.C. § 982 (a)(2)(B) and 18 U.S.C. § 1029(c)(2).

3. The United States of America seeks the forfeiture of:

**A.** **The following items seized from and/or owned by defendant Devin Paschall:**

    **1.** Miscellaneous Items of Electronic Equipment, more specifically

    described as:
    a.  Mitsubishi 60" DLP Television, model WD-60C9, Serial Number 101264
    b.  Apple iPhone 3GS, 16 GB, Serial Number 86931K9W3NP

B.  The following items seized from and/or owned by defendant Audrey Kennedy:

  1. $465.00 in United States Currency

  2. Miscellaneous Items of Electronic Equipment, more specifically described as:
    a.  Sprint Palm Pre-cellular telephone (with charger), MEID 270113178204835484
    b.  Mini 123 portable magnetic stripe reader (skimmer)

C.  The following items seized from and/or owned by Reginald Voltaire:

  1. Miscellaneous Firearms, more specifically described as:
    a.  Colt AR-15 rifle, Serial Number TA 10024
    b.  FNH Five-Seven handgun, Serial Number 386191107
    c.  Ruger SR9 handgun, Serial Number 33065728

  2. Miscellaneous Items of Jewelry, more specifically described as:
    a.  10k gold Men's bar bracelet with colorless and green stones
    b.  small 10k gold Men's ring with colorless and green stones
    c.  large 10k gold Men's ring with colorless and green stones
    d.  Joe Rodeo watch, model JRP3L

  3. 2003 Infiniti G35, VIN: JNKCV51E43M019295

  4. Miscellaneous Items of Electronic Equipment, more specifically described as:
    a.  Boost Mobile cell phone in black case, S/N 001702555319810
    b.  Metro PCS cell phone in black case, S/N A000000E70E35A
    c.  Metro PCS cell phone in black case, S/N A000000E87F0B4
    d.  Sprint Blackberry 9630 in black case, S/N A000000D40922C

  5. Plano gun guard plastic rifle case

D.  The following items seized from and/or owned by Junior Doguer:

1. **$385.32 in United States Currency**

2. **2000 Lincoln LS, VIN: 1LNHM87A0YY877651**

3. **Miscellaneous Items of Electronic Equipment, more specifically described as:**
   a. **HP Pavilion laptop model dv2500, S/N 2CE74536CW**
   b. **HP Pavilion desktop computer model a6303w, S/N CNH80401X9 with power cord**
   c. **HP w2007 flat screen monitor, S/N CNN8030QRW with cables**
   d. **HP keyboard, S/N BE75118486**
   e. **HP mouse, S/N PA0752002757**
   f. **Sprint Palm Pre cell phone, model P100EWW, S/N P5PE07H950W9**

4. **Set of 4 Sunny tires, model 3890 (275/25/ZR24), with custom Dub Delusion 24" rims with spinner combo**

4. The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. § 982 (a)(2)(B) and 18 U.S.C. § 1029(c)(2);

it is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendants' interest the following property is hereby forfeited to the United States pursuant to the provisions of 18 U.S.C. § 982 (a)(2)(B) and 18 U.S.C. § 1029 (c)(2):

A. **The following items seized from and/or owned by defendant Devin Paschall:**

1. **Miscellaneous Items of Electronic Equipment, more specifically described as:**
   a. **Mitsubishi 60" DLP Television, model WD-60C9, Serial Number 101264**
   b. **Apple iPhone 3GS, 16 GB, Serial Number 86931K9W3NP**

B. **The following items seized from and/or owned by defendant Audrey Kennedy:**

1. **$465.00 in United States Currency**

2. **Miscellaneous Items of Electronic Equipment, more specifically described as:**
   a. Sprint Palm Pre-cellular telephone (with charger), MEID 270113178204835484
   b. Mini 123 portable magnetic stripe reader (skimmer)

C. **The following items seized from and/or owned by Reginald Voltaire:**

   1. **Miscellaneous Firearms, more specifically described as:**
      a. Colt AR-15 rifle, Serial Number TA 10024
      b. FNH Five-Seven handgun, Serial Number 386191107
      c. Ruger SR9 handgun, Serial Number 33065728

   2. **Miscellaneous Items of Jewelry, more specifically described as:**
      a. 10k gold Men's bar bracelet with colorless and green stones
      b. small 10k gold Men's ring with colorless and green stones
      c. large 10k gold Men's ring with colorless and green stones
      d. Joe Rodeo watch, model JRP3L

   3. **2003 Infiniti G35, VIN: JNKCV51E43M019295**

   4. **Miscellaneous Items of Electronic Equipment, more specifically described as:**
      a. Boost Mobile cell phone in black case, S/N 001702555319810
      b. Metro PCS cell phone in black case, S/N A000000E70E35A
      c. Metro PCS cell phone in black case, S/N A000000E87F0B4
      d. Sprint Blackberry 9630 in black case, S/N A000000D40922C

   5. **Plano gun guard plastic rifle case**

D. **The following items seized from and/or owned by Junior Doguer:**

   1. **$385.32 in United States Currency**

   2. **2000 Lincoln LS, VIN: 1LNHM87A0YY877651**

   3. **Miscellaneous Items of Electronic Equipment, more specifically described as:**
      a. HP Pavilion laptop model dv2500, S/N 2CE74536CW
      b. HP Pavilion desktop computer model a6303w, S/N CNH80401X9 with power cord

        c.        HP w2007 flat screen monitor, S/N CNN8030QRW with cables
        d.        HP keyboard, S/N BE75118486
        e.        HP mouse, S/N PA0752002757
        f.        Sprint Palm Pre cell phone, model P100EWW, S/N P5PE07H950W9

4. Set of 4 Sunny tires, model 3890 (275/25/ZR24), with custom Dub Delusion 24" rims with spinner combo

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, www.forfeiture.gov, or receipt of actual notice, whichever is earlier. The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

SO ORDERED on May 10, 2010.

                                                          s/Robert L. Hinkle
                                                          United States District Judge