UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Case No.: 4:09CR73-001

DEVIN LETROY PASCHALL,

    Defendant,

    and

A.L.A.R.M. INTERNATIONAL,

    Garnishee.

_____/

**ORDER**

THIS CAUSE is before the Court on the United States of America's Application for

Writ of Continuing Garnishment, filed on November 20, 2013. Having examined the

Application, the Court finds the requirements of 28 U.S.C. § 3205(b)(1) have been

met. Accordingly, the Clerk of Court is hereby directed to issue the appropriate Writ

of Continuing Garnishment.

    SO ORDERED on November 27, 2013.

                             s/Robert L. Hinkle
                             United States District Judge