IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 4:09cr73-RH/CAS

DEVIN PASCHALL,

    Defendant.

_____/

**ORDER WITHDRAWING CONTINUING WRIT OF GARNISHMENT**

    The government's motion, ECF No. 341, to withdraw the continuing writ of garnishment is GRANTED. The continuing writ of garnishment, ECF No. 338, is WITHDRAWN.

    SO ORDERED on March 1, 2014.

                        s/Robert L. Hinkle
                        United States District Judge